UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNIVERSAL CASUALTY COMPANY**                                                **PLAINTIFF**

v.                          **CASE NO. 4:08-CV-001822 BSM**

**TRIPLE TRANSPORT, INC.**                                                    **DEFENDANTS**

**ORDER**

Eddie Joseph, Billy Vickers, Sammy Crabtree, and Mike Bethany move to quash subpoenas issued to them for the November 16, 2009 trial, stating that each (1) lives at least 130 miles from the courthouse in Little Rock, Arkansas; (2) is employed and taking time off for the trial would be a hardship; and (3) has given a deposition in a related case in which he answered questions regarding the same issues about which he will testify in this case; and (4) is willing to give a deposition in this case at a convenient time.

The subpoenas issued to Joseph, Vickers, Crabtree and Bethany are hereby quashed pursuant to Federal Rule of Civil Procedure 45(c)(3); however, the witnesses are ordered to submit to depositions during normal business hours at the law firm of Crane & Butler in Magnolia, Arkansas.

IT IS SO ORDERED this 5th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE